IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARL AND SALENA ACCARDO, § | |
| Individually and A/N/F of D.A., A MINOR § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-11-0008 |
| § | |
| AMERICA FIRST LLOYDS INSURANCE § | |
| COMPANY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Counsel for plaintiffs filed a Motion to Compel, (Docket Entry No. 25). The filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken. A premotion conference is set for **March 20, 2012, at 1:30 p.m.** to address the subject matter of the motion.

SIGNED on March 13, 2012, at Houston, Texas.

                                                                Lee H. Rosenthal
                                                    United States District Judge