IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARL AND SALENA ACCARDO, Individually and A/N/F of D.A., A MINOR | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-0008 |
| AMERICA FIRST LLOYDS INSURANCE COMPANY, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on June 19, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge